# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY DELEAL,<br><br>                   Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>                   Respondent. | Case No.: 19cv0522 MMA (NLS)<br><br>**ORDER CONSTRUING PETITION AS ONE FILED PURSUANT TO 28 U.S.C. § 2254** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and has paid the $5.00 filing fee.

**CONSTRUING PETITION AS ONE FILED PURSUANT TO 28 U.S.C. § 2254**

Although Petitioner filed this action pursuant to 28 U.S.C. § 2241, he is a state prisoner attacking the validity of a state court conviction and sentence imposed by the state of California. Section 2254 is properly understood as "in effect implement[ing] the general grant of habeas corpus authority found in § 2241 as long as the person is in custody pursuant to the judgment of a state court, and not in state custody for some other reason, such as pre-conviction custody, custody awaiting extradition, or other forms of custody that are possible without a conviction." [citations omitted.] White v. Lambert, 370 F.3d 1002, 1006 (9th Cir. 2004) (quoting Walker v. O'Brien, 216 F.3d 626, 633 (7th Cir. 2000) (emphasis in original). Therefore, Petitioner may not proceed under section

2241, but may only proceed with a habeas action in federal court under 28 U.S.C. § 2254. Id. at 1006-07 (holding that section 2254 is the proper jurisdictional basis for a habeas petition brought by an individual "in custody pursuant to a state court judgment"). The Court therefore **CONSTRUES** the petition as one filed pursuant to 28 U.S.C. § 2254. The Clerk of Court will modify the docket accordingly.

**IT IS SO ORDERED.**

Dated: March 29, 2019

Hon. Michael M. Anello
United States District Judge