# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY DELEAL,<br><br>                        Petitioner,<br><br>v.<br><br>KEN CLARK, *Warden*,<br><br>                        Respondent. | Case No. 19cv522-MMA (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY**<br><br>[Doc. Nos. 1, 8] |

      Petitioner Rudy Deleal ("Petitioner"), a state prisoner, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, challenging his San Diego Superior Court conviction for driving under the influence of a drug causing injury in case number SCD265087. Doc. No. 1 at 2. Respondent filed an answer, arguing that Petitioner's petition fails on the merits and lodged the court records. Doc. No. 6; Doc. No. 7. Petitioner was provided with the opportunity to file a traverse by July 10, 2019, Doc. No. 4 at 2, but has failed to do so to date. The matter was referred to United States Magistrate Judge Nita L. Stormes for preparation of a Report and Recommendation pursuant to Title

28, section 636(b)(1), and Civil Local Rule HC.2. Judge Stormes has issued a thorough and well-reasoned Report recommending that the Petition be denied. *See* Doc. No. 8.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than November 6, 2019. Doc. No. 8 at 18. To date, no objections have been filed. *See* Docket.

The Court finds that Judge Stormes has issued an accurate Report and well-reasoned recommendation that the Petition be denied. The Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Court **DENIES** the Petition with prejudice.

### CERTIFICATE OF APPEALABILITY

Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

///
///
///
///
///
///

2

For the reasons set forth in the Report and Recommendation and incorporated by reference herein, the Court finds that this standard has not been met and therefore **DECLINES** to issue a certificate of appealability in this case.

The Court **ORDERS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: November 27, 2019

Hon. Michael M. Anello
United States District Judge